# Exhibit A

| Subject Photography |
| --- |
| VA 2-141-818<br> |