# Exhibit B

| Infringing Use and URLs |
|---|
| https://hightimes.com/culture/high-times-greats-marianne-faithfull/  |