**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>HIGHTIMES HOLDING CORP., et al.,<br><br>Defendants. | Case no. 2:23-cv-09926-JAK (MARx)<br><br>**ORDER RE JOINT STIPULATION TO ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT HIGHTIMES HOLDING CORP. (DKT. 30)**<br><br>JS-6: CASE CLOSED |

1

Based on a review of the Joint Stipulation to Entry of Default Judgment Against Defendant Hightimes Holding Corp. (the "Stipulation" (Dkt. 30)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**, as follows.

1. Plaintiff owns a valid copyright in his photograph of musician Marianne Faithfull;

2. Defendant withdraws its answer and does not challenge Plaintiff's allegations that Defendant copied reproduced, and displayed the Subject Photography in an article on its website at *https://hightimes.com/* without Plaintiff's consent or authorization;

3. As a result, Defendant is liable for copyright infringement; and

4. Judgment is hereby entered against Defendant in the amount of $9,000, representing all damages including costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 4, 2024

_____
John A. Kronstadt
United States District Judge